IN THE SUPREME COURT OF THE STATE OF DELAWARE

ICATECH CORPORATION and   §
EMPRESAS ICA, S.A.B. DE. C.V.,   §
   §     No. 121, 2021
   Defendants and Counterclaim   §
   Plaintiffs Below,   §     Court Below – Superior Court
   Appellants,   §     of the State of Delaware
   §
   v.   §
   §     C.A. No. N17C-09-163
PAUL V. FACCHINA, SR., individually   §
and as Sellers' Representative,   §
   §
   Plaintiff and Counterclaim   §
   Defendant Below,   §
   Appellee.   §

Submitted:  December 23, 2021
Decided:  January 4, 2022

Before **SEITZ**, Chief Justice; **VALIHURA, VAUGHN, TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## ORDER

This 4th day of January, 2022, having considered the appellant's motion for rehearing *en Banc* of the December 9, 2021 Order affirming the judgment of the Superior Court, the Court concludes that the motion for rehearing *en Banc* is without merit and should be denied.

1

NOW, THEREFORE, IT IS ORDERED that the motion for rehearing *en Banc* is

DENIED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice